# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA

Lewis Brady
[Enter the full name of the plaintiff in this action]

Civil Action No. 2:23-cv-106-BHH-MGB
(to be assigned by Clerk)

**COMPLAINT**
**State Prisoner**

v.

① Live 5 News Charleston SC
② Fox 24 news Charleston SC
③ Hill Flinkler Detention CTR Berkely County
④ ST Stephen Police Dept St. Stephen, S.C.
⑤ Berkely County Sheriff Dept.

Enter above the full name of defendant(s) in this action

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise related to your imprisonment?   Yes_____   No _X_

B. If your answer to A is Yes, describe the lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.

1. Parties to this previous lawsuit:

   Plaintiff: _____

   Defendant(s): _____

2. Court: _____
   (If federal court, name the district; if state court, name the county)

3. Docket Number: _____

4. Name(s) of Judge(s) to whom case was assigned: _____

5. Disposition: _____
   (For example, was the case dismissed? Appealed? Pending?)

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

Complaint - State Prisoner
Revised May 9, 2013

II. PLACE OF PRESENT CONFINEMENT

A. Name of Prison/Jail/Institution: Hill Flinklea Detention Ctr.

B. What are the issues that you are attempting to litigate in the above-captioned case? Slander, Defamation Character, Potential loss of wages, Pain & Suffering, Malicious Damages, Punitive Damages, Pain & Suffering

C. (1) Is there a prisoner grievance procedure in this institution? Yes ✓  No ____

(2) Did you file a grievance concerning the claims you are raising in this matter? Yes ✓  No ____
When Sept 18, 2022 — Present  Grievance Number (if available) ____

D. Have you received a final agency/departmental/institutional answer or determination concerning this matter (i.e., your grievance)? Yes ✓  No ____  But institution still goes against determination

E. When was the final agency/departmental/institutional answer or determination received by you? 12.05.2022

*If possible, please attach a copy of your grievance and a copy of the highest level decision concerning your grievance that you have received.*

F. If there is no prison grievance procedures in this institution, did you complain to prison, jail, or institutional authorities? Yes ____ No ____

G. If your answer is YES:

1. What steps did you take? ____

2. What was the result? ____

III. PARTIES

*In Item A below, place your name, inmate number, and address in the space provided. Do the same for additional plaintiffs, if any.*

A. Name of Plaintiff: Lewis Brady    Inmate No.: 10833
Address: 300 California Ave Moncks Corner, S.C. 29461

*In Item B below, place the full name of the defendant, his official position, and place of employment in the space provided. Use Item C for additional defendants, if any.*

B. Name of Defendant: (1) Live 5 News    Position: -
Place of Employment: (2) Charleston S.C.

C. Additional Defendants (*provide the same information for each defendant as listed in Item B above*):
(3) Fox 24 News Charleston S.C.
(4) St Stephens Police Dept 147 Hood Rd Stephens S.C  29480
(5) Hill Flinklea Detention Ctr 300 California Ave S.C. 29461
(6) Berkeley County Sheriff Dept Live Oak Drive, S.C.

Complaint - State Prisoner
Revised May 9, 2013

One hundred Million United States Dollars

Lewis Brady - # 10833
300 California Ave
Moncks Corner, S.C. 29461
Attn: Hill Finklea Detention Ctr.

(1)

Civil litigation
"The Demand" $100,000,000.

Slander Defamation of Character
Future Loss Wages    Punitive Damages
Malicious Damages    Pain & Suffering
Gross Negligence, Medical Bills.

Petitioner: Lewis Brady
V.
Respondent ① Live 5 News.
② Berkeley County Sheriff Dept.
③ St. Stephens Police Dept S.C.

On or around August 24th 2022 Live 5 News as well as other media Corporations Did willingly and intentionally air an unaccurate media account of my attempting to kidnap & attempted to murder Ms. Emerald Reyes 319 Willowood Rd Pineville, S.C. 29480 of the St. Stephens area South Carolina.

Around August 22nd 2022 Leon Hamilton and I left the Fox Creek Apartments in St Stephens S.C. in His GMC white truck. As we were traveling East on Hwy 52 in St. Stephens S.C. I observed numerous vehicles in pursuit, I realize their was a Hit against my life. I was able to get to a Gas station where I was able to informed officer Thomas Holmes of a Hit against my life by the Gangster Disciplines Gang. I realize my phone had been Hijacked with Spyware and being used to track me.

On the night Aug 21, 2022 St. Stephens Police Dept 147 Hood St St. Stephen SC 29410 St. Stephens S.C. officer Thomas Holmes I Advised Him of numerous vehicles following Leon Hamilton GMC Truck. I informed officer Holmes of Spyware in my phone. The officer took possession on my phone and tried accessing those Devices. I informed The officer my life was in jeopardy by Leon Hamilton & Emerald Reyes and an unknown number of Associates in their vehicle in pursuit. They Hijacked my phone to gain Access to my Bank Accounts and when that

21 December 2022    [signature]    ①-7

Lewis Brady #10833 (2)

21 December 2022

They tried kidnapping with the intentions to do bodily harm to extract the information. The officer thought I was making this up.

As the officer was in physical possession of my two Devices on one of the Devices a video popped up the video Camera on this device was in use with him Activating the Device. I pointed out to the officer its them in Control of my Cell Phone — trying to seek Audio and video of what is happening between us. This video also had some sort of Q.R. Code attached to it. The officer told me the phone wifi only — I told him I payed my verizon phone bill with my Cash App Card around August 19, 2022. My phone was on, had Contacts, Contacts the officer observer where not available anymore. I asked him, if its how you believe my phones were only wifi — what happen to my Contact list? I further Stated I can't call 911. So he placed a Call to 911 Dispatch. The phone rang, but a 911 operator never answered. To add insult, I'm telling the officer why hasn't he received a 911 operator call on his communication of a Dropped Call? Why hasn't the 911 operator ring back the phone we placed a 911 call on?

The officer later tried handing me off to "Killer" at 319 willowood Rd. Pineville S.C. This officer didn't obtain a Driver License number, vehicle Tag number, no identifiable Credential of who he was trying to hand me off to known to him as "Killer"

This officer Body Camera worm was on to an extent — Attorney David Schwacke 219 Hwy 6 Suite E MoncksCorner, S.C. 843-899-2777 Can provide this officer Body worn video, Grievances - - - To the failure to Act I'm Asking this Court to Adjudicate in Monetary Damages of $100,000,000.00 one hundred million United States Dollars Federal currency

(3)

one hundred million United States Dollars

Lewis Brady #10833
300 California Ave
Moncks Corner, S.C. 29461
ATN: Hill Finklea Detention Ctr

Civil Litigation
"The Demand" $100,000,000.00
Gross Negligence, Potential Earnings,
Punitive Damages, Malicious Damages, Slander
Pain & Suffering, Medical Bills.

Petitioner: Lewis Brady

Respondent ① Live 5 News
② Berkeley County Sheriff
③ St. Stephen Police Dept.

21 December 2022

Lewis Brady

At the Summerville Medical Hospital August 22, 2022 treated me and Emerald Reyes for injuries resulting in a crash of the vehicle I borrowed to avoid eminent injuries from those who sort to harm me. Berkeley County Sheriff arrested me for failure to stop for Blue Lights & Grand Larceny. My Attorney David Schwacke 843-899-2777 has enter a plea for me of "Necessity" in the Criminal phase. In the Civil phase Berkeley County officer gave Live 5 News as well as other Media sources an account of my attempting to Kidnap Ms Reyes and Attempted Murder of Ms Reyes. I was not charge with these offensive. However media courage televised, and on the internet has slander me with charges I've not been charged with. Family friends and committees across the nation has me dubbed as an person whom tried to Attempt murder & kidnap Ms Reyes. A jury can be prejudice by the accounts of the media slander, defamation of character, Gross Negligence, personal injury, loss wages. Live 5 News, Fox 24 News of Charleston S.C. as well as online coverage of this event is untrue and My Attorney David Schwacke has digital evidence to support my version of events. These media enterprises have

Lewis Brady #10833

④

26 December 2022

yet to retract their slanderous and harmful depiction of an untrue events.

I was remanded to Hill Finklea Detention 300 California Ave Moncks Corner, S.C. Medical provider Well Path & Mediko Correction Health I've explained to this facility I have High Blood Pressure, Cardio vascular disease, Diabetes. Since ingestion of foods I've grieved thru their kiosk and officers Small, Ravenel, Murray, Boggs, William as well as medical personal Nurse Green, Erin I'm not to have certain foods I've grieved thru the Smart jail mail text to my Attorney David Schwacke & Judge Dieadra Jefferson in open court Diet issues Food service provider Hill Finklea Continues to serve foods that could harm me, for over 90 days from Sept 19, 2022 up into now SGT Martin as others can tell you I've suffer medical issues I need not have and taken medicines for ailments that could've been avoided. Such illness as Epidigist Inflammation of Testicles put at Risk my being able to reduce off spring. Epidermix Inflammation of legs and ankle water retention due to food services serving me High Sodium Foods, Carbohydrates, and Starches I've grieved could & should been changed some months ago but still is being served but not as frequent, Still those foods I must ingest to continue taking my Critical meds. PsuSal, Lorstan, Baby Aspirin, No Vac, Amodipiene, Hydroxine, Rosphol, Metformin

But if not for their quick intervention I wouldn't have suffered these preventable ailments that in the future it cannot be determined the long term permanent effects of damage shortening my life span

I seek damages. Redi Remedial aspect was for those agency to remedy these issues immediately but that there their failure gives me no choice but for monitary relief so that others don't go through what I have in the near future.

V. **RELIEF**

*State briefly and exactly what you want the court to do for you.*

(1) Live 5 news - Aug 23 2022 Did on this Day Air programming of content of my persons, In their Depiction Alleged I Kidnap & Attempt Murder MS Emerald Reyes. MS Reyes informed Berkeley County Sheriff of Different assumption However despite her Account Live 5 news as well as Fox 24 and other media entities Aired an inaccurate version resulting in my character Being assinated in the Public forum.

(2) Fox 24 news - Aired a much similar story of that of Live 5 news - there has been no retraction of their Slander - If MS Reyes had family at the Detention Ctr I was Housed I could've been met with Emment Danger as a result of their negligent Action online internet Service also has my character Slander at the hands of an Inaccurate Conclusion - I wasn't Charge with any Criminal Charges as Stated Publicly By these media Corporation.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 21 December 2022 day of _21_, 20 _22_.
December

_(signature)_
**Signature of Plaintiff**

Complaint - State Prisoner
Revised May 9, 2013

As a result of this officer failure to Act, I've suffered injury as well as others the personal Bearing Incense Plater number VA. UVV5536 Ford Escape valued at $16,000.00 lost this vehicle in the crash.

Had the officer protected & Served the community as he has sworned to the events that occurred wouldn't have at his eventual part taking in doing the job he is paid to do. As a result of his unability to React and Respond injuries, incarceration and possiblitities beyond comprenhension Could've occurred. Events took place that was advorded had he Acted in Good Faith of my Compliant. He didn't Act despite - Q.R. Code - 911 operator not calling back to top it - he tried handing me over to "killer" we out properly Identifying individual I used this officer phone & he GPS my address 319 willowood Rd Pineville S.C. 29468 ms. Reyes Address - My physical Address 727 Willow Rd Columbia S.C. 29205 But Currently I'm incarcerated and all correspondence should come to 300 California Ave.

**STATEMENT OF CLAIM - continued.**

St Stephens Police Dept 147 Hood Rd St Stephens, S.C.

Failure to Act

On Aug 21, 2022 I made known to their officer Thomas Holmes a Hit against my life. In this events my phone was Hijacked and Spyware put on it to track me and gain access to my Account (an Account I Don't Have now). Mr Holmes was in possession of my phone when it lit up and video camera came on on its on while he was in physical possession — Its Body Worn Camera Capture this on My Attorney David Schwacke — Can provide footage — in this Cell phone video physically being held by Officer Holmes is a Q.R. Code Attached. I explained to the officer those in Control of Phone are now Seeking to listen and See what me and the officer are Chatting about. The officer didn't believe me. The officer Dialed 911 His dispatcher never Called Him about a Dropped Call nor Did His 911 operator try Calling the Cell phone in His physical possession — The Officer tried Dropping me off with "Killer" He didn't try to get "Killer" license, registration, nothing to identify who this individual was. I used this officer Personal phone to Call 843-826-6303 — 843-899-2414 their records will indicate calls from the officer phone on Aug 21, 2022 around 9:PM, - 10 PM. I realize this officer may be part of the Hit against my life His Failure to Act as a Result I under the influence of Eminent Danger Had to Help my Self to Safety.

## IV. STATEMENT OF CLAIM

*State here, as briefly as possible, the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach an extra sheet if necessary.*

(3) Hill Flinkben Detention Ctr Since 1st September 2022 Has Known of my Critical Care & Diet Issues. Nurse Green, officer Boggs, — Small, —, Ravenel, — Murray and on 12-05-2022 Nurse Wheatley and Brown Confirmed I'm to be on Low Sodium diet as I have Grieved thru their Kiosk Digital Grievance I've grieved to Director Demory - Its been an on going Issue with HillHinkben Food Services Since Aug 24th 2022 on As Soon as I Hit population on ggn Access to their kiosk Grieving Services I made my Diet known they Are not to provide me Soy, High Sodium Foods, I explained my Critical Care Issues and meds - I explained the effects of their Meds would have on my Condition, I grieved on their Kiosk to Food personal to Stop But for the sake of Life I had no choice But to eat their High Sodium Diet to be able to take my Critical Care Meds. My Attorney David Schwacke has Known 883 899 2777 has Known of my on going Issues and in open Court made in Known to judge Jefferson 12.17.2022

21 Dec 2022

Complaint - State Prisoner
Revised May 9, 2013